AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 15-mj-01198-CBS-1 |
| | ) | |
| JAMES MACK | ) | Charging District:   Western District of Missouri |
| *Defendant* | ) | Charging District's Case No.   15-00407-01/02-CR-DW |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Charles Evans Whittaker United States Courthouse 400 East Ninth Street, Room 1510 Kansas City, MO 64106 | Courtroom No.: 6E |
|---|---|
| | Date and Time: 1/19/2016 11:00 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 1-6-16

_____
*Judge's signature*

KATHLEEN M. TAFOYA
United States Magistrate Judge
*Printed name and title*